KLANG, Respondent, v. PRESSER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Philip Klang, against Isaac Presser and another. I. Schmal, of New York City, for

appellants. H. Pearlman, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.